# UNITED STATES NAVY–MARINE CORPS
# COURT OF CRIMINAL APPEALS

_____

## No. 201700284

_____

## UNITED STATES OF AMERICA
Appellee

v.

## DASHUN M. LLOYD
Private First Class (E-2), U.S. Marine Corps
Appellant

_____

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judge: Major John L. Ferriter, USMC.
Convening Authority: Commanding General, 1st Marine Division
(Rein), Camp Pendleton, CA.
Staff Judge Advocate's Recommendation: Major Matthew .J. Stewart,
USMC.
For Appellant: Commander R. Don Evans, Jr., JAGC, USN.
For Appellee: Brian K. Keller, Esq.

_____

Decided 9 January 2018

_____

Before MARKS, JONES, and STEPHENS, _Appellate Military Judges_

_____

After careful consideration of the record, submitted without assignment of
error, we affirm the findings and sentence as approved by the convening
authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).


For the Court



R.H. TROIDL
Clerk of Court